IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHAD ADAMZAK, et al.,

              Plaintiff(s)

Case No. 17 CV 638

CAPSTAN CORPORATION, et al.,

              Defendant(s)

**MOTION TO APPEAR *PRO HAC VICE***

Melanie J. VanOverloop    of    Rapoport Law Offices, P.C.
Attorney                                   Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Illinois

                                                     Jurisdiction

Dated this   24   Day of   August  , 20   17

s/ Melanie J. VanOverloop

Name    Melanie J. VanOverloop

Firm     Rapoport Law Offices, P.C.

Address   20 N. Clark Street

            Suite 3500

City     Chicago            State IL     Zip 60602

E-Mail   mvanoverloop@rapoportlaw.com

Phone   (312) 327-9880