**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

CHAD ADAMZAK et al.,

    Plaintiffs,

Case No. 17-CV-638

  v.

CAPSTAN CORPORATION et al.,

    Defendants.

**CAPSTAN CORPORATION'S RESPONSE TO
PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS
WITHOUT PREJUDICE, COSTS OR OTHER CONDITIONS**

Plaintiffs have filed a motion to voluntarily dismiss without prejudice, costs or other conditions. (Dkt. #41.) Defendant Capstan Corporation takes no position as to Plaintiffs' motion.

Respectfully Submitted July 3, 2018.

        s/Barbara A. O'Brien
        Atty. Barbara A. O'Brien
        State Bar No. 1018341
        Attorney for Defendant, Capstan Corporation
        Borgelt, Powell, Peterson & Frauen S.C.
        1243 N. 10th Street, Suite 300
        Milwaukee, Wisconsin 53205
        Phone: (414) 276-3600
        Fax: (414) 276-0172
        E-mail: bobrien@borgelt.com